HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
JOSE GUADALUPE ROSADO-LAZARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE GUADALUPE ROSADO-LAZARO,<br><br>Defendant. | Case No. 2:26-mj-00018-CSK<br><br>STIPULATION TO VACATE DETENTION HEARING AND ORDER DEFENDANT TRANSPORTED; ORDER<br><br>Date:   March 3, 2026<br>Time:  2:00 p.m.<br>Court: Hon. Chi Soo Kim |

JOSE GUADALUPE ROSADO-LAZARO, by and through his attorney Assistant Federal Defender Meghan D. McLoughlin, and the United States, by and through Assistant United States Attorney Katherine Lydon, hereby stipulate and respectfully request that the Court find the following:

1. Mr. Rosado-Lazaro initially appeared before the Court on February 27, 2026, at which time he was temporarily detained and a detention hearing was set for March 3, 2026.

2. At this time, Mr. Rosado-Lazaro submits on the issue of detention and asks that he be transported forthwith to the Southern District of California to have a full and complete detention hearing in that district.

3. The parties agree that the detention hearing set for March 3, 2026 can be vacated.

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 2, 2026                    /s/ Meghan D. McLoughlin
                                       MEGHAN D. McLOUGHLIN
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JOSE GUADALUPE ROSADO-LAZARO


                                       ERIC GRANT
                                       United States Attorney

Dated: March 2, 2026                   /s/ Katherine Lydon
                                       KATHERINE LYDON
                                       Assistant United States Attorney


### [PROPOSED] ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and otherwise having reviewed the record and for the reasons stated in open court on February 27, 2026, orders JOSE GUADALUPE ROSADO-LAZARO detained and transported to the Southern District of California forthwith. The detention hearing set for March 3, 2026 is VACATED.


DATED: March 2, 2026

                                       Hon. Chi Soo Kim
                                       United States Magistrate Judge

*United States v. Rosado-Lazaro* – Stipulation; Order

2